IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

POWERbahn, LLC,

          Plaintiff,

v.

Saris Cycling Group, Inc. d/b/a CycleOps,

          Defendant.

ORDER

17-cv-003-wmc

Matthew M. Wawrzyn and Stephen C. Jarvis of the law firm Wawrzyn & Jarvis LLC have moved to withdraw as counsel for plaintiff POWERbahn, LLC (dkt. #26) and have also moved for a 60-day extension of all deadlines (dkt. #27) to ensure sufficient time for POWERbahn to hire new counsel. Accordingly,

IT IS ORDERED that:

1) Wawrzyn & Jarvis LLC will arrange an ex parte call with this court and a representative from POWERbahn at 11:30 am tomorrow, Friday, December 8, 2017, to consider their motion to withdraw; and

2) Defendant may have until the end of business on Monday, December 11, 2017, to respond to the motion for an extension of deadlines (dkt. #27), with the understanding that the trial date and deadlines to make related filings will not be moved absent extraordinary cause shown regardless of plaintiff's retention of new counsel.

Entered this 7th day of December, 2017.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge