UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

---

POWERBAHN, LLC,

        Plaintiff,

v.

SARIS CYCLING GROUP, INC. d/b/a CYCLEOPS,

        Defendant.

Case No. 17-cv-003-wmc

---

## STIPULATION OF DISMISSAL WITH PREJUDICE

---

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff POWERbahn, LLC, and defendant Saris Cycling Group, Inc., hereby stipulate and agree that the above-captioned action shall be dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: January 31, 2018

*s/ Matthew M. Wawrzyn*
Matthew M. Wawrzyn
matt@wawryznlaw.com
Stephen C. Jarvis
stephen@wayrzyanlaw.com
WAWRZYN & JARVIS, LLC
233 S. Wacker Drive, 84th Floor
Chicago, IL 60606
(312) 283-8010

*Counsel for POWERbahn, LLC*

Respectfully submitted,

*s/ Brian G. Gilpin*
Jennifer L. Gregor
Mark W. Hancock
Patrick D. Cooney
GODFREY & KAHN, S.C.
One East Main Street, Suite 500
Madison, WI 53703-3300
Phone: (608) 257-3911
Fax: (608) 257-0609
Email: JGregor@gklaw.com
Mhancock@gklaw.com
PCooney@gklaw.com

Brian G. Gilpin
Charles A. Gordon
GODFREY & KAHN, S.C.
833 East Michigan Street, Suite 1800
Milwaukee, WI 53202
Phone: (414) 273-3500
Fax: (414) 273-5198

Email: BGilpin@gklaw.com;
CGordon@gklaw.com

*Counsel for Saris Cycling Group, Inc. d/b/a CycleOps*